IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MORENO,

    Plaintiff,

  v.                                     NO. CIV. S-10–0471 GGH

AMERICAN ASSOICATION OF
RETIRED PERSONS,

    Defendant.                   <u>ORDER</u>

_____/

        This consent case has been referred to the undersigned. The consent order vacated all dates; however, prior to the consent of the parties, they had requested modification of the district court's scheduling order, issued May 28, 2010.

        Accordingly, IT IS ORDERED that:

  1. The scheduling order, filed May 28, 2010, is reinstated with the following changes:

      a. Dispositive motions shall be heard by June 6, 2011;

      b. The final pretrial conference shall be held on August 11, 2011 in courtroom # 9 at 10:00 a.m.;

      c. Jury trial is scheduled for October 17, 2011, in Courtroom #9 at 9:00 a.m.

DATED: April 29, 2011

                                              /s/ Gregory G. Hollows
                                              _____
                                              U.S. MAGISTRATE JUDGE

GGH:076/Moreno0471.sch.wpd

1