Steven R. Blackburn    State Bar No. 154797
Matthew A. Goodin      State Bar No. 169674
Brooke A. Brown        State Bar No. 242815
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendant, AARP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MICHAEL MORENO,

               Plaintiff,

    v.

AARP, et al.,

               Defendants.

CASE NO.  2:10-cv-00471-GGH

**JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND TRIAL-RELATED DATES**

    Plaintiff Michael Moreno and Defendant AARP (collectively, "the parties") hereby jointly submit the following stipulation and request to continue the trial and trial-related dates as set forth in the Court's April 29, 2011 Order:

    WHEREAS, the parties have completed all discovery and believe there is a reasonable chance of resolving this matter at private mediation:

    WHEREAS, the parties have reserved a mediation date of June 10, 2011, the earliest date that the parties, their respective counsel, and the mediator were all available;

    WHEREAS, the current trial date is set for October 17, 2011, the final pretrial conference is currently set for August 11, 2011, and the current deadline to hear dispositive motions June 6, 2011.

WHEREAS, the current deadline for hearing on dispositive motions would require the parties to incur the expense of fully briefing and opposing Defendant's motion for summary judgment before the mediation date of June 10, 2011, expenses that the parties desire to avoid if the case can settle at mediation;

WHEREAS, the parties have therefore agreed to postpone the deadline for hearing on dispositive motions such that the Defendant's moving papers are due following the June 10, 2011 mediation;

THE PARTIES HEREBY AGREE AS FOLLOWS: the parties propose the following modifications to the Court's April 29, 2011 Order setting trial and trial-related dates:

- The trial date is continued from October 17, 2011 to February 6, 2012;
- The final pretrial conference is continued from August 11, 2011 to December 8, 2011;
- The current deadline for hearing dispositive motions is continued from June 6, 2011 to October 6, 2011;
- Defendant's moving papers shall be filed not later than September 8, 2011;
- Plaintiff's Opposition shall be filed no later than 4:00 p.m. on September 22, 2011;
- Defendant's Reply shall be filed no later than 4:00 p.m. on September 29, 2011.

Respectfully submitted,

DATED:  May 26, 2011                    EPSTEIN BECKER & GREEN, P.C.


By:  /s/  Matthew A. Goodin
    Steven R. Blackburn
    Matthew A. Goodin
    Brooke A. Brown
    Attorneys for Defendant, AARP

- 2 -

1

2

DATED:  May 26, 2011

3

4

5

6

7

8

9

DICKSON LEVY VINICK BURRELL
HYAMS LLP


By:  */s/ Sharon R. Vinick*
      Sharon R. Vinick
Attorneys for Plaintiff,
MICHAEL MORENO


DATED:  May 26, 2011

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND

10

11

12

By:  */s/  Victor Viramontes*
      Victor Viramontes
Attorneys for Plaintiff,
MICHAEL MORENO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRM:15983261v1

Joint Stipulation and Request to Continue Trial and Trial-Related Dates
Case No.  2:10-cv-00471-GGH

**ORDER**

Upon reviewing the parties' Stipulation and Request to Continue Trial and Trial-Related Dates, and good cause appearing therefore, the Court hereby grants the parties' request and modifies the current pre-trial scheduling order as follows:

- The trial date is continued from October 17, 2011 to February 6, 2012;
- The final pretrial conference is continued from August 11, 2011 to December 8, 2011;
- The current deadline for hearing dispositive motions is continued from June 6, 2011 to October 6, 2011;
- Defendant's moving papers shall be filed not later than September 8, 2011;
- Plaintiff's Opposition shall be filed no later than 4:00 p.m. on September 22, 2011;
- Defendant's Reply shall be filed no later than 4:00 p.m. on September 29, 2011.

DATED:  05/30/2011                          /s/ Gregory G. Hollows

                                            U.S. MAGISTRATE JUDGE