DICKSON LEVY VINICK BURRELL HYAMS LLP
Sharon R. Vinick (State Bar No. 129914)
Kathryn Burkett Dickson (State Bar No. 70636)
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Telephone:  510.318.7700
Facsimile:  510.318.7701

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz (State Bar No. 159430)
Victor Viramontes (State Bar No. 214158)
634 S. Spring Street
Los Angeles, CA  90014
Telephone: 213.629.2512
Facsimile:  213.629.0266

Attorneys for Plaintiff, Michael Moreno

EPSTEIN BECKER & GREEN, P.C.
Steven R. Blackburn (State Bar No. 154797)
Matthew A. Goodin (State Bar No. 169674)
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant, AARP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MORENO, | Case No.: 2:10-CV-00471-GGH |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| AARP, AND Does 1-20, inclusive | |
| Defendants. | |

Stipulation and [Proposed] Order Re: Dismissal
Case No. 2:10-CV-00471-GGH- 1

Having reached a confidential settlement agreement, Plaintiff Michael Moreno and Defendant AARP, acting through their respective counsel of record, hereby stipulate that this action be dismissed with prejudice.

Dated:  July 8, 2011          DICKSON LEVY VINICK BURRELL HYAMS LLP


                              By:   */s/ Sharon R. Vinick*
                              Sharon R. Vinick
                              Attorney for Plaintiff
                              Michael Moreno


Dated:  July 8, 2011          MEXICAN AMERICAN LEGAL DEFENSE AND
                              EDUCATIONAL FUND


                              By:   */s/ Victor Viramontes*
                              Victor Viramontes
                              Attorney for Plaintiff
                              Michael Moreno


Dated: July 8, 2011           EPSTEIN BECKER & GREEN, P.C.


                              By:   */s/ Matthew A. Goodin*
                              Matthew A. Goodin
                              Attorney for Defendant
                              AARP

1
2
3  IT IS SO ORDERED.
4
5  /s/ Gregory G. Hollows                          July 11, 2011
   _____        DATED:_____
6  Hon. Gregory G. Hollows